**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

ARLEN AVEDYAN,
individually and on behalf of all
others similarly situated,

        Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　CASE NO.

STEEL SUPPLEMENTS, INC.,

        Defendant.
_____/

**NOTICE OF REMOVAL OF A CIVIL ACTION**

        Defendant, STEEL SUPPLEMENTS, INC. ("Steel Supplements"), hereby removes the state court action entitled "*Arlen Avedyan v. Steel Supplements, Inc.*," bearing Case No. 2020-003209-CA-01, pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division, and in support thereof states as follows.

**Notice of Removal is Timely**

    1.    Plaintiff Arlen Avedyan ("Plaintiff") filed the referenced state court action against Steel Supplements on February 11, 2020. A true and accurate copy of the summons and Class Action Complaint and Demand for Jury Trial (the "Complaint"), together with a copy of all other process, pleadings, and orders, if any, are attached hereto as Composite Exhibit 1, as required by 28 U.S.C. § 1446(a).

    2.    Steel Supplements was served with the state court summons and Complaint on or about July 8, 2020. Thirty days have not elapsed since Steel Supplements received the Complaint, and removal is timely under 28 U.S.C. §§ 1441 and 1446.

## Jurisdiction and Venue

3. In the Complaint, Plaintiff alleges Steel Supplements violated the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.* (the "TCPA").

4. Because Plaintiff's action arises under the laws of the United States, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

5. Plaintiff filed the state court action in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, which is located within the venue of the United States District Court for the Southern District of Florida, Miami Division. Accordingly, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a) because it is "the district court of the United States for the district and division within which [the] action is pending." Moreover, Plaintiff alleges in paragraphs 19-20 of the Complaint that he received the allegedly offending text messages in Miami-Dade County. *See* 28 U.S.C. § 1391(b)(2).

6. Promptly after filing this Notice of Removal, written notice hereof will be given to Plaintiff and will be filed with the Clerk of Court for the Eleventh Juridical Circuit in and for Miami-Dade County, Florida, in conformity with 28 U.S.C. § 1446(d).

WHEREFORE, Steel Supplements, Inc. prays that this Notice of Removal be accepted as good and sufficient and that the aforementioned action, Case No. 2020-003209-CA-01, pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, be removed to the United States District Court for the Southern District of Florida for further proceedings as provided by law.

Respectfully submitted,

**FREEBORN & PETERS LLP**

*/s/ Sarah A. Gottlieb*
Jason P. Stearns
Fla. Bar No. 059550
Sarah A. Gottlieb
Fla. Bar No. 125232
201 North Franklin Street, Suite 3550
Tampa, FL 33602
Telephone: (813) 488-2920
Email: jstearns@freeborn.com
Email: sgottlieb@freeborn.com
*Counsel for Defendant Steel Supplements, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2020, a copy of the foregoing Notice of Removal was electronically filed with the United States District Court for the Southern District of Florida. A copy was also served upon the following attorney of record for Plaintiff by e-mail:

Andrew J. Shamis
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: (305) 479-2299
Email: ashamis@shamisgentile.com
*Counsel for Plaintiff*

 */s/ Sarah A. Gottlieb*
Sarah A. Gottlieb