UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23117-BLOOM

ARLEN AVEDYAN,

    Plaintiff,

v.

STEEL SUPPLEMENTS, INC.,

    Respondents.
_____/

## FINAL ORDER OF DISMISSAL

**THIS MATTER** is before the Court on Plaintiff, Arlen Avedyan's Notice of Dismissal with Prejudice, ECF No. [5]. Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Dismissal with Prejudice, ECF No. [5], is approved and adopted, and the above-styled case is **DISMISSED**. Each party is to bear its own attorney's fees and costs. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 19, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record